### 9575.  STEWART *v.* THE STATE.

BLOODWORTH, J.  1. The trial judge did not err in refusing to charge to the jury as requested by the plaintiff in error.

2. There was evidence sufficient to support the verdict, and the judgment is
*Affirmed. Broyles, P. J., and Harwell, J., concur.*
DECIDED MAY 1, 1918.

Accusation of possessing intoxicating liquor; from city court of Dublin—Judge Flynt.  January 26, 1918.

*T. E. Hightower,* for plaintiff in error.

*S. P. New, solicitor,* contra.